UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KING A. DOMINGUEZ,

      Plaintiff,                                     Case No. 16-cv-12896

                                             Paul D. Borman
v.                                               United States District Judge

CAPITAL ONE, N.A.,                       Stephanie Dawkins Davis
                                                 United Magistrate Judge

      Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE DAVIS'S JUNE 23, 2017
REPORT AND RECOMMENDATION (ECF NO. 11) AND
GRANTING DEFENDANT'S MOTION TO DISMISS (ECF NO. 5)

    On June 23, 2017, Magistrate Judge Davis issued a Report and Recommendation to grant Defendant's motion to dismiss. (ECF No. 11, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court: (1) ADOPTS the Report and Recommendation (ECF No. 11); and (2) GRANTS Defendant's Motion to Dismiss. (ECF No. 5).

IT IS SO ORDERED.

                                                   s/Paul D. Borman
                                                 PAUL D. BORMAN
Dated:  July 20, 2017                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 20, 2017.

                                      s/Deborah Tofil
                                      Case Manager